IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marquez Dorn,                                  :
                                               :
            Plaintiff(s),                      :
                                               :     Case Number: 1:13cv197
      vs.                                      :
                                               :     Judge Susan J. Dlott
Commissioner of Social Security,               :
                                               :
            Defendant(s).                      :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on February 5, 2015 (Doc. 23), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired February 23, 2015, hereby

ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **REVERSED** and **REMANDED** for

further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.


                                        ___s/Susan J. Dlott_____
                                        Judge Susan J. Dlott
                                        United States District Court