IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marquez Dorn,                                             :
                                                          :
      Plaintiff(s),                                   :
                                                          :  Case Number: 1:13cv197
   vs.                                                  :
                                                          :  Judge Susan J. Dlott
Commissioner of Social Security,                          :
                                                          :
      Defendant(s).                                   :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on June 25, 2015 (Doc. 26), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 13, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the Equal Access to Justice Act fee petition (Doc. 25) is GRANTED. Plaintiff is AWARDED $2,932.50 in attorney fees and $400.00 in costs for a total of $3,332.50.

IT IS SO ORDERED.

                                                                       ___s/Susan J. Dlott_____
                                                                       Judge Susan J. Dlott
                                                                       United States District Court